THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE RAILWAY ADVERTISING COMPANY, Respondent, *v.* JAMES A. ROBERTS, Comptroller of the State of New York, Appellant.

*People ex rel. Advertising Co.* v. *Roberts,* 4 App. Div. 288, affirmed.
(Argued October 19, 1896; decided December 1, 1896.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1896, which reversed, on certiorari, a determination of the state comptroller settling the amount of the capital stock of the relator employed by it in this state and fixing the tax thereon.

*T. E. Hancock* for appellant.

*Latham G. Reed* and *John M. Bowers* for respondent.

Order affirmed on opinion below, with costs.
All concur.